AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:14-cr-28-MMD-CSD |
| | ) | |
| ANDREW WAYNE HAMRICK | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 | Courtroom No.: | 3B - BNW |
|---|---|---|---|
| | | Date and Time: | March 2, 2026 at 1:00pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 25, 2026

_____
*Judge's signature*

BRENDA WEKSLER, U.S. Magistrate Judge
*Printed name and title*



_____ FILED     _____ RECEIVED
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 5 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY